MIED (Rev.2/07) Prisoner Civil Rights Complaint

| Official Use Only | | |
|---|---|---|
| Case Number | Judge | Case:5:14-cv-11341<br>Judge: O'Meara, John Corbett<br>MJ: Majzoub, Mona K.<br>Filed: 03-28-2014 At 11:30 AM<br>PRIS EAGLE V MURPHY, ET AL (EB) |

## PRISONER CIVIL RIGHTS COMPLAINT

This form is for use by state prisoners filing under 42 U.S.C. § 1983 and federal prisoners filing pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).

RE: COA CASE Nos. 312278 + 312282   L.C. CASE No. 2004-199567-FC

### Plaintiff's Information

| Name JOHNNY DAR EAGLE | Prisoner No. 525192 |
|---|---|

Place of Confinement: CHIPPEWA CORRECTIONAL FACILITY

| Street | City | State | Zip Code |
|---|---|---|---|
| 4269 WEST M-80 | KINCHELOE | MI | 49784 |

Are there additional plaintiffs? ☐ Yes ■ No

If yes, any additional plaintiffs to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. You must provide names, prisoner numbers and addresses for all plaintiffs.

### Defendant's Information

| Name WILLIAM B. MURPHY | Position CHIEF JUDGE |
|---|---|

| Street/P.O. Box | City | State | Zip Code |
|---|---|---|---|
| 201 W. BIG BEAVER RD, STE 800 | TROY | MI | 48084-4127 |

Are you suing this defendant in his/her: ■ Personal Capacity  ☐ Official Capacity  ☐ Both Capacities

Are you suing more than one defendant? ■ Yes  ☐ No

If yes, any additional defendants to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. You must provide their names, positions, current addresses and the capacity (personal, official or both) in which you are suing them.

1

## I. PREVIOUS LAWSUITS

Have you filed any other lawsuits in state or federal court relating to your imprisonment?

☒ Yes ☐ No

If "Yes," complete the following section. If "No," proceed to Part II.

Please list all prior civil actions or appeals that you have filed in federal court while you have been incarcerated.

| | |
|---|---|
| **Docket or Case Number:** | 08-CV-13397 |
| **Name of Court:** | U.S. DISTRICT COURT – EASTERN DISTRICT |
| **Parties (Caption or Name of Case):** | EAGLE V. PAPELJAC |
| **Disposition:** | DISMISSED AT 6TH. CIR. FILED TOO LATE (6thCir # 11-2143) |

| | |
|---|---|
| **Docket or Case Number:** | 08-CV-13822 |
| **Name of Court:** | U.S. DISTRICT COURT – EASTERN DISTRICT |
| **Parties (Caption or Name of Case):** | |
| **Disposition:** | DISMISSED – ADMINISTRATIVE REMEDIES NOT COMPLETED |

| | |
|---|---|
| **Docket or Case Number:** | 08-CV-11333 |
| **Name of Court:** | U.S. DISTRICT |
| **Parties (Caption or Name of Case):** | |
| **Disposition:** | DISMISSED – ADMIN. REMEDIES NOT COMPLETED |

**Any additional civil actions should be listed on a separate sheet of 8½" x11" paper and securely attached to the back of this complaint.**

2

## II. STATEMENT OF FACTS

State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include the names of other people, dates and places involved in the incident. Do not give any legal arguments or cite any cases or statutes. If you intend to allege several related claims, number and set forth each claim on a separate 8½" x 11" sheet of paper and securely attach the papers to the back of this complaint.

All the facts in this case are tied to the Court of Appeals Manual (COA manual or manual), "Michigan Court of Appeals, Filing Appeals and Original Actions, An Appellant's Guide to Navigating the Appellate Process, For People Without Attorneys" Revised: December 2011.

On April 3, 2012, the COA sent me the COA Manual. I followed the manual and submitted my appeal late August or early September, 2012.

On September 10, 2012, two COA letters were sent to me that had me completely confused. The first requested five copies of the brief in support. They had those. The second letter made no sense because it mentioned the Department of Corrections (DOC). All events in my leave

## III. RELIEF

State briefly and exactly what you want the Court to do for you.

Injunctive - To have the COA remove the page "Complaint for:" to reunify my appeal and adjudicate same.

Compensatory - How do you do something that would be equal to what the COA has done? I have no solution.

Punitive - I would like to request one hundred thousand dollars from both Mr. Murphy and Mr. Owens but I will settle for them to recuse themselves from the Court of Appeals and their removal from the Michigan and American Bar Association for one year. ($100,000.00) (1 year)

As to the clerks and other Court employees involved a sum of fifty thousand dollars ($50,000.00) each.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed (signed) on  3-25-14  (date).

*Johnny Dar Engle*
Signature of Plaintiff

3

DEFENDANT'S INFORMATION

2) DONALD S. OWENS     JUDGE
   201 WEST BIG BEAVER RD., STE. 800; TROY, MI   48084-4127   PERSONAL

3.) LARRY S. ROYSTER     CHIEF CLERK     PERSONAL CAPACITY
    201 WEST BIG BEAVER RD., STE. 800; TROY; MI; 48084-4127

4) D. ROBERTS     CLERK     PERSONAL CAPACITY
   201 WEST BIG BEAVER RD., STE. 800; TROY; MI; 48084-4127

5.) KIMBERLY S. HAUSER     DISTRICT CLERK     PERSONAL CAPACITY
    925 WEST OTTAWA, STREET; LANSING; MI; 48909-7522

6.) DAWN LEMON     DISTRICT COMMISSIONER     PERSONAL CAPACITY
    201 WEST BIG BEAVER RD., STE. 800; TROY; MI; 48084-427

7.) JEROME W. ZIMMER JR.     CHIEF CLERK     PERSONAL CAPACITY
    3020 W. GRAND BLVD., STE. 14-300; DETROIT; MI; 48202-6020

8.) OFFICE OF THE CLERK     N/A     N/A
    3020 W. GRAND BLVD., STE. 14-300; DETROIT; MI; 48202-6020

4.) 08-CV-11035
   U.S. DISTRICT COURT - EASTERN DISTRICT ; DISMISSED - ADMIN. REMEDIES

5.) 08-CV-200
   U.S. DISTRICT COURT - WESTERN DISTRICT

   INFORMED THAT I SHOULD SETTLE AT STATE LEVEL OUTSIDE
   MDOC IN COURT (STATE)

take place 28 days before I even entered the DOC.

On September 28, 2012 and November 28, 2012 I received orders denying both a criminal appeal and a civil suit and shortly thereafter the civil suit was returned to me. I did not file a civil suit the COA split my criminal appeal, which I filed following their manual, and changed the second half of my appeal to a civil case. They even went as far as to change the title from "Eagle" "People v. Eagle" to "Eagle v. MDOC".

On December 3, 2012 I sent a motion to reopen and recombine my criminal appeal which I had to rewrite and resend also to the prosecutor with a proof of service, which I did on Dec. 7, 2012. To date the COA refuses to answer that motion.

On October 10, 2013, I resubmitted another motion to modify and reopen. It was returned on October 16, 2013 stating the COA lacks jurisdiction.

On November 13, 2012, I was informed that, "Any further documents submitted to this court (COA) related to this matter will be returned to you." This in effect denied me access to the court and due process. I have spent the time from then to now trying to get the COA and Supreme Court to put my leave back into the one original filing I sent in following the COA manual.

On July 30, 2013, I received a COA letter as to my inquiry into the motion of December 7, 2012 and was informed "... both of these matters have been closed since November of 2012." That is not true because as earlier stated they received that motion in December.

On December 5, 2013, I sent one last letter to COA

②

district commissioner Dawn Simon to plead one last time to have the court correct what the court had done wrong, and have received no reply to date. I have found from past experience that this is usually done when people know they are wrong but hope you will just give up and go away.

There is no case law in support of this action by the COA, in either denial of access to the court or due process. Not one of the Courts of Appeal in the 50 states has ever been heinous enough to split a leave of appeal in order to deny that appeal.

On August 28, 2013, a COA letter, in the second paragraph, Chief Clerk Zimmer Jr. states, "In your letter you inquire why case number 317282 was identified by the Court as a civil case. That case was opened in response to your filing a pleading entitled 'Complaint for: Habeas Corpus.' By court rule, such a complaint is considered a civil case. MCR 3.301(A)(1)." In the CCA Manual there is no "MCR 3.301(A)(1)." As far as "Civil Cases" in the manual, on page 5, there is no mention of "Civil" being a habeas corpus case. The same goes for pages 6, 21, 22, or 23. Between pages 1 and 71 there were very few references to civil cases and none on the pages between pages 39 and 46 where I found that "Complaint for: Habeas Corpus" which best fit my situation. As a matter of fact all references to "Civil" mention only "worker's compensation, termination of parental rights, or monetary interest." Since my problem stems from a criminal case I figured that strongly overrules any civil consideration,

(3)

Also on page 5 of the COA Manual in the "Civil", circuit court" there is no mention of a criminal nature and the other two courts mentioned are "Probate Court and Administration Tribunal."

In a COA letter from D. Roberts, September 16, 2013, where he requests "briefs in support", in the COA Manual there is no mention of a brief with forms until page 45. I think I understand where I was lead-afield with manual help. I knew there had to be a brief but without a sample brief with a form until "Original Action" I figured that brief was for an appeal that a person is filing on a new issue or a first time filing an appeal before the COA and as stated on manual page 2 subsection 3, MCR 7.203(c); MCR 7.206.

For a manual that states, "For People without Attorneys" in its title, it is still very confusing. If I did not file the appeal correctly, why did not the judges or Clerk's Office in the COA explain what is defective about my filing and give me 21 days to correct it? Pages 7 and 25 of the manual. MCR 7.201(B)(3). I will lay you odds that the judges or clerks could not figure out that their manual is at fault.

There is also the fact that Mr. William B. Murphy and Mr. Donald S. Owens, under color of law, fought me so hard, with the help of their subordinates, their clerks, on this issue, even after I informed them something was wrong. This done with motions and letters. The COA just refuses to do what is right since they

(4)

are ultimately trying to protect the Holly Police, the Oakland County Prosecutor's Office and Judge Nanci J. Grant.

(5)



# CIVIL COVER SHEET FOR PRISONER CASES

| | | |
|---|---|---|
| Case No. 14-11341 | Judge: John Corbett O'Meara | Magistrate Judge: Mona K. Majzoub |

**Name of 1st Listed Plaintiff/Petitioner:**
JOHNNY EAGLE

**Name of 1st Listed Defendant/Respondent:**
WILLIAM MURPHY, ET AL

**Inmate Number:** 525192

**Additional Information:**

**Plaintiff/Petitioner's Attorney and Address Information:**

**Correctional Facility:**
Chippewa Correctional Facility
4269 W. M-80
Kincheloe, MI 49784
CHIPPEWA COUNTY

**BASIS OF JURISDICTION**
☐ 2 U.S. Government Defendant
☒ 3 Federal Question

**NATURE OF SUIT**
☐ 530 Habeas Corpus
☐ 540 Mandamus
☒ 550 Civil Rights
☐ 555 Prison Conditions

**ORIGIN**
☒ 1 Original Proceeding
☐ 5 Transferred from Another District Court
☐ Other:

**FEE STATUS**
☒ IFP *In Forma Pauperis*
☐ PD Paid

**PURSUANT TO LOCAL RULE 83.11**

1. Is this a case that has been previously dismissed?
   ☐ Yes     ☒ No
   ➢ If yes, give the following information:
   Court: _____
   Case No: _____
   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)
   ☐ Yes     ☒ No
   ➢ If yes, give the following information:
   Court: _____
   Case No: _____
   Judge: _____